UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:                                    Chapter 7

**ANZEN DRIVING SCHOOL,**
                                          Case No. 09-10239 (AJG)
                    Debtor.

## STATEMENT OF UNPAID CHECK(S)

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT
    SOUTHERN DISTRICT OF NEW YORK

ROBERT L. GELTZER, the Trustee herein, respectfully represents and alleges:

1. On or about July 13, 2010, the Trustee filed a Notice of Trustee's Intent to Abandon $2,530.06 plus accrued interest. No objections were filed and on or about August 5, 2010, the Trustee sent said funds to Debtor's attorney.

2. More than ninety (90) days have elapsed since the mailing of these funds to Debtor's attorney and the Trustee finds that said check has not cleared the Trustee's account.

3. The Trustee has a current net balance of $2,530.17. Identified on Schedule "A" is the name and address of Debtor's attorney.

4. Attached hereto is estate check #1002 in the sum of $2,530.17, which the Trustee desires to deposit with the Clerk of this Court in accordance with Section 347 of Title 11 of the United States Code and Bankruptcy Rule 3011.

Dated:  New York, New York
        December 14, 2010

                                    _____
                                    ROBERT L. GELTZER (RG 4656)
                                    Chapter 7 Trustee

RE:     ANZEN DRIVING SCHOOL
CASE NO.   09-10239 (AJG)

## Schedule "A"

## UNDEPOSITED CHECK

| | |
|---|---:|
| Paul Milbauer, Esq.<br>90 John Street, Suite 304<br>New York, NY 10038 | $2,530.17 |
| **TOTAL:** | **$2,530.17** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                   **Chapter 7**

        **ANZEN DRIVING SCHOOL,**            **Case No. 09-10239 (AJG)**

                          Debtor.

## STATEMENT OF UNPAID
## DISTRIBUTION CHECK(S)

 

## LAW OFFICES OF ROBERT L. GELTZER

### COUNSEL TO TRUSTEE

1556 Third Avenue
Suite 505
New York, New York 10128
(212) 410-0100

LAW OFFICES OF
# ROBERT L. GELTZER

1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100

FACSIMILE (212) 410-0400

December 14, 2010

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attn: Clerk of the Court

Re: **ANZEN DRIVING SCHOOL - CASE NO. 09-10239 (AJG)**

Dear Sir/Madam:

Enclosed herewith please find Trustee's Statement of Unpaid Check(s) and estate check #1002 in the amount of $2,530.17 which represents the balance of funds held by the Trustee.

As always, I thank you for your courtesy and attention to this matter. With kind regards, I remain

Sincerely,

Robert L. Geltzer

Enclosure(s)

cc: Danny Choy

RECEIVED DEC 17 2010 U.S. BANKRUPTCY COURT, SDNY

```
                THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.
```

ROBERT L. GELTZER                                    **Union Bank**                                      CHECK NUMBER
1556 THIRD AVENUE, SUITE 505        445 South Figueroa Street, G08-070 / Los Angeles, California 90071
NEW YORK, NY 10128                  UNCLAIMED DIVIDENDS                                                      **1002**

| DATE | AMOUNT |
|---|---|
| 12/14/10 | $*******2,530.17 |

| CASE NUMBER | DEBTOR |
|---|---|
| 09-10239    AJG | ANZEN DRIVING SCHOOL |

**PAY TO THE ORDER OF**

*Two Thousand Five Hundred Thirty Dollars And 17/100*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY 10004

Robert L. Geltzer, Trustee
Void After 90 Days

⑈0010 2⑈ ⑆122000496⑆ 2131423143⑈

---

| Date: 12/14/10 | Check Number: 1002 | Amount: 2,530.17 |
|---|---|---|

Debtor Name: ANZEN DRIVING SCHOOL
Case Number: 09-10239    AJG

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>ONE BOWLING GREEN<br>NEW YORK, NY 10004 | ROBERT L. GELTZER<br>1556 THIRD AVENUE, SUITE 505<br>NEW YORK, NY 10128 |
|---|---|---|

Description:  UNCLAIMED DIVIDENDS

Bank Account Number:  2131423143

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
## Bankruptcy Petition #: 09-10239-ajg

*Date filed:* 01/15/2009

*Assigned to:* Judge Arthur J. Gonzalez
Chapter 7
Voluntary
Asset

*Debtor*
**Anzen Driving School**
20 West 20 Street
New York, NY 10011
Tax ID / EIN: 13-2793083
*aka*
**Anzen Automobile Driving Schools Inc.**

represented by **Paul Milbauer**
90 John Street
Suite 304
New York, NY 10038
(212) 227-8007
Fax : (212) 437-9002
Email: paulmilbauer@msn.com

*Trustee*
**Robert L. Geltzer**
The Law Offices of Robert L. Geltzer
1556 Third Avenue
Suite 505
New York, NY 10128
(212) 410-0100

represented by **Robert L. Geltzer**
The Law Offices of Robert L. Geltzer
1556 Third Avenue
Suite 505
New York, NY 10128
(212) 410-0100
Fax : (212) 410-0400
Email: rgeltzer@epitrustee.com

*U.S. Trustee*
**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 07/13/2010 | 17 | Notice of Abandonment of Property *$2,530.06 plus accrued interest* filed by Robert L. Geltzer on behalf of Robert L. Geltzer. (Attachments: # 1 Affidavit of Service# 2 Service List)(Geltzer, Robert) (Entered: 07/13/2010) |